Susan St. Vincent
Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PETER ALBERT GOUDY,<br><br>　　　　　Defendant. | No.  6:14-MJ-066-MJS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |

　　　　IT IS HEREBY STIPULATED by and between Matthew McNease, acting legal officer for the National Park Service, and Defendant Peter Albert GOUDY, by and through his attorney of record, Eugene Action, that the Status Conference in the above-captioned matter set for December 10, 2014 shall be continued to January 7, 2015 at 10:00 a.m.  The parties believe at that time an entry of plea will occur and Defendant will be present.

Dated:  December 9, 2014　　　　　　　　　　/S/ Matthew McNease _____
　　　　　　　　　　　　　　　　　　　　　　　　Matthew McNease
　　　　　　　　　　　　　　　　　　　　　　　　Acting Legal Officer
　　　　　　　　　　　　　　　　　　　　　　　　Yosemite National Park

1

Dated: December 9, 2014                    /s/ Eugene Action
                                           Eugene Action
                                           Attorney for Defendant
                                           Peter Albert Goudy

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the December 10, 2014, Status Conference for Peter Albert Goudy, case number 6:14-MJ-066-MJS, is hereby continued to January 7, 2015 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  December 10, 2014          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE