Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PETER ALBERT GOUDY,<br><br>　　　　　Defendant. | DOCKET NO: 6:14-mj-066-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

　　　　Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice, for Count 3 – simple assault, and Count 4 – possession of a controlled substance. GOUDY plead Guilty to Count 3 – simple assault, and Count 4 - possession of a controlled substance, on January 7, 2015, with a 12 month deferred entry of judgment on both Counts 3 and 4, and was ordered to 12 months of unsupervised probation, to write an apology letter to the ranger he assaulted, and a $1,000 fine. Count 1 and 2 were dismissed. GOUDY has fully complied with the terms of his probation.

1

Dated:  January 12, 2016                         NATIONAL PARK SERVICE

          /S/ Matthew McNease
Matthew McNease
Acting Legal Officer

## ORDER

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that Count 3 and Count 4 in the above referenced matter, *United States v. Peter Albert Goudy*, 6:14-mj-066-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   January 12, 2016            /s/ *Michael J. Seng*
                                                       UNITED STATES MAGISTRATE JUDGE